| | |
|---|---|
| Robert Pietrzak | Joseph B. Tompkins, Jr. |
| Thomas McC. Souther | Alan C. Geolot |
| Daniel A. McLaughlin | Mark P. Guerrera |
| SIDLEY AUSTIN LLP | Robert D. Keeling |
| 787 Seventh Avenue | SIDLEY AUSTIN LLP |
| New York, NY 10019 | 1501 K Street, N.W. |
| (212) 839-5300 | Washington, DC 20005 |
| (212) 839-5599 (fax) | (202) 736-8000 |
| | (202) 736-8711 (fax) |

*Attorneys for Bank of America Corporation, Bank of America, N.A. and Banc of America Securities LLC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re PARMALAT SECURITIES LITIGATION

This document relates to:    05 Civ. 9934

MASTER DOCKET

04 MD 1653 (LAK) ECF Case

---

FOOD HOLDINGS LIMITED and DAIRY HOLDINGS LIMITED,
Through their Joint Official Liquidators G. James Cleaver and Gordon I. MacRae

　　　　　Plaintiffs,

　　　　　　v.

BANK OF AMERICA CORPORATION;
BANK OF AMERICA, N.A.; and
BANC OF AMERICA SECURITIES LLC

　　　　　Defendants.

05 Civ. 9934 (LAK)

---

**BANK OF AMERICA'S NOTICE OF MOTION
TO PRECLUDE OR LIMIT THE TESTIMONY
OF THE PLAINTIFFS' DESIGNATED EXPERTS**

PLEASE TAKE NOTICE that, pursuant to Rule 702 of the Federal Rules of Evidence, upon the accompanying Memorandum of Law in Support of Bank of America's Motion to Preclude or Limit the Testimony of the Plaintiffs' Designated Experts and attachments thereto, and all other papers and proceedings herein, defendants Bank of America Corporation, Bank of America, N.A. and Banc of America Securities LLC will move this Court, before the Honorable Lewis A. Kaplan, United States District Court Judge for the Southern District of New York, on a date to be determined by the Court, for an order excluding the proposed testimony of Plaintiffs' designated expert Bradley Sharp in its entirety, limiting the proposed testimony of Plaintiffs' designated expert Andrew Galloway to his "What is an SPV?" discussion, limiting the proposed testimony of Plaintiffs' designated expert Patricia Caldwell to the issue of damages, and granting such additional and further relief as this Court may deem just, proper, and equitable.

| | |
|---|---|
| August 31, 2009 | SIDLEY AUSTIN LLP |
| | By: __s/ Daniel A. McLaughlin_____ |
| Joseph B. Tompkins, Jr. | A. Robert Pietrzak (AP-6711) |
| Alan C. Geolot | Thomas McC. Souther (TS-6615) |
| Mark P. Guerrera | Daniel A. McLaughlin (DM-2688) |
| Robert D. Keeling | SIDLEY AUSTIN LLP |
| SIDLEY AUSTIN LLP | 787 Seventh Avenue |
| 1501 K Street, N.W. | New York, New York 10019 |
| Washington, D.C. 20005 | (212) 839-5300 |
| (202) 736-8000 | (212) 839-5599 (fax) |
| (202) 736-8711 (fax) | |
| | Attorneys for Defendants Bank of America Corporation, Banc of America Securities LLC and Bank of America, N.A. |